**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EMILSON JOSUE VILLATORO AREVALO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-986-G** |
| | ) | |
| **CHRIS GANTT, Warden of Cimarron Correctional Facility, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner Emilson Josue Villatoro Arevalo filed a Petition for Writ of Habeas Corpus ("Petition," Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging Petitioner's detention by U.S. Immigration and Customs Enforcement. On July 6, 2026, certain Respondents filed a Notice (Doc. No. 9) stating that an Immigration Judge had "granted pre-conclusionary voluntary departure" and "ordered Petitioner's voluntary departure to occur before July 20, 2026." *Id.* at 1; *see also id.* Ex. 1 (Doc. No. 9-1) at 1-3.

The Court directed Petitioner to show cause why the Petition should not be dismissed as moot. *See* Order to Show Cause (Doc. No. 11). As of this date, no party has responded or asked for additional time to do so.

Petitioner's removal or other release from ICE custody renders Petitioner's habeas claims moot. *See Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

CONCLUSION

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 30th day of October, 2026.

CHARLES B. GOODWIN
United States District Judge